Submitted on record and briefs July 6, reversed August 15, 2007

In the Matter of O. K.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

O. K.,
*Appellant.*

Multnomah County Circuit Court
050565440; A128894

166 P3d 574

Caryanne Conner filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Paul L. Smith, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim and Sercombe, Judges.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing her as a mentally ill person for a period not to exceed 180 days. ORS 426.130. Appellant argues that the record does not establish by clear and convincing evidence that she is a danger to herself because of her mental disorder. *See* ORS 426.005(1)(d)(A) (defining "mentally ill person" as a person who, because of a mental disorder, is "[d]angerous to self or others"). The state concedes that the evidence is insufficient for involuntary commitment and that the judgment should be reversed. On *de novo* review of the record, we accept the state's concession and reverse.

Reversed.